IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH and SHAREE BALLINGER,<br><br>                Plaintiffs,<br><br>vs.<br><br>CRESTON RV, LLC d.b.a. VAN CITY RV, DEMAROIS, INC. d.b.a. DEMAROIS BUICK-GMC TRUCK, and MERCEDES-BENZ USA, LLC,<br><br>                Defendants. | CV 21–29–M–DLC<br><br><br>ORDER |

       The Plaintiffs have filed a Notice of Voluntary Dismissal, Without Prejudice.  (Doc. 6.)  Plaintiffs have voluntarily dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (*Id.*)

       Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice.

       The Clerk of Court is directed to close the case file.

       DATED this 12th day of April, 2021.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court